UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-00110-SMM

FILED BY_____MB_____D.C.

Nov 21, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA

v.

JUAN ANTONIO MARTINEZ-PUENTE,
        Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?        No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?        No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ Justin L. Hoover
       **JUSTIN L. HOOVER**
       Assistant United States Attorney
       Court ID No. A5502493
       101 S. U.S. Highway 1, Suite 3100
       Fort Pierce, Florida 34950
       Tel: (772) 466-0899
       Justin.Hoover@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

FILED BY_____MB_____D.C.

Nov 21, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

United States of America
v.

JUAN ANTONIO MARTINEZ PUENTE,

Defendant(s)

)
)
)
)
)
)
)

Case No.  25-mj-00110-SMM

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 7-8, 2025_____ in the county of _____St. Lucie_____ in the
_____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Enticement of a Minor |
| 18 U.S.C. § 1470 | Attempted Transfer of Obscene Material to a Minor |

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____Meaghan Brown_____
Deputy Clerk
Date _____Nov 21, 2025_____

This criminal complaint is based on these facts:

- SEE ATTACHED AFFIDAVIT -

☑ Continued on the attached sheet.

_____
Complainant's signature

Eric Urgo, Special Agent, HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  **videoconference.**

Date:  November 21, 2025                    _____
                                           Judge's signature

City and state:         Fort Pierce, Florida          Shaniek Mills Maynard, United States Magistrate Judge
                                                      Printed name and title

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Eric Urgo, having been duly sworn, do hereby depose and state as follows:

<u>**AGENT BACKGROUND**</u>

1.      I am a Special Agent ("SA") with Homeland Security Investigations ("HSI"), in Fort Pierce, Florida, and have been employed with HSI since November 2019. Before I joined HSI, I was employed with U.S. Customs and Border Protection ("CBP") since 2008.  I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, I am authorized by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 of the United States Code.

2.      I received formal training at the HSI Special Agent Training Program held at the Federal Law Enforcement Training Center ("FLETC"), in Glynco, Georgia. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256), in all forms of media, and successfully completed specialized trainings related to the investigation of criminal conduct associated with the sexual exploitation of children and the production, distribution, receipt, and possession of child pornography.

3.      I am the federal case agent assigned to this matter, and I am familiar with the facts and circumstances of this investigation. The facts in this affidavit are limited to a determination of probable cause, and as such, I have not included every fact known about this investigation. The facts set forth in this affidavit are based on my personal knowledge, training, and experience; knowledge obtained through communications with other individuals, including other law enforcement officers involved in this investigation; and knowledge gained through a review of the statements and evidence in this investigation.

1

4.     Based on the below facts, there is probable cause that Juan Antonio MARTINEZ Puente committed the offenses of attempted enticement of a minor, in violation of 18 U.S.C. § 2422(b), and attempted transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470.

**PROBABLE CAUSE**

5.     On August 5, 2025, a Florida Department of Law Enforcement ("FDLE") undercover agent (hereinafter referred to as "UC") initiated an online investigation on a social media application (hereinafter referred to as "SMA"). The purpose of the investigation was to identify and locate individuals who use the internet to sexually exploit children.

6.     During the investigation, the UC used a covert SMA account with the username "sofivbear2012" and posed as a 13-year-old female named "Sofia." The UC used an age-regressed photograph as her profile picture. On August 5, 2025, user "jmartinezpuen25," later identified as MARTINEZ, initiated a chat with the UC on SMA. The UC disclosed to MARTINEZ that "Sofia" was 13 years old and reaffirmed this age throughout their conversation.[1]

7.     The following are summaries and excerpts from the chats between the UC and MARTINEZ. The UC was located in St. Lucie County, in the Southern District of Florida, during the below chats. The chats were in Spanish, but have been translated to English by the UC:

8.     MARTINEZ messaged the UC and asked where she is from, stating that he is from Coahuila, Mexico, but living in the U.S. MARTINEZ asked the UC if she lives with her mom, and the UC said she does. Within 9 minutes of the first message being sent, MARTINEZ asked how old the UC was, and the UC stated that she was 13 years old. MARTINEZ replied "Oh very little," and he said he was 50 years old.

---

[1] The initial messages disappeared from the chat log prior to the UC preserving them. However, upon serving a search warrant to SMA, law enforcement obtained these messages.

9.      During the first day, MARTINEZ asked multiple times about whether the UC's

mom is around, what she's wearing, and what kind of bathing suit she wears.  MARTINEZ said

he wanted a picture of the UC in her bathing suit and that he was going to make a collection of the

photos she sent him.  MARTINEZ also asked the UC if she wanted to be his girlfriend.

10.     Later on August 6, 2025, MARTINEZ asked the UC if she had had any boyfriends

and if they had touched her body.  He then said "I imagine you are just developing."  The following

conversation then took place:

| Sender | Message | Date/Time[2] | Translation |
|---|---|---|---|
| jmartinezpuen25 | Te gustaria que te tocaran | 2025-08-06 17:28:44 UTC | Would you like to be touched |
| jmartinezpuen25 | Te enojaste | 2025-08-06 17:30:18 UTC | Did you get mad |
| jmartinezpuen25 | | 2025-08-06 17:54:23 UTC | |
| UC | No me enoje [emoji], | 2025-08-06 18:50:07 UTC | I didn't get mad |
| UC | Si pero como | 2025-08-06 18:50:11 UTC | Yes but how |
| jmartinezpuen25 | Que te tocaran tu cuerpo .tus pechos .por ejemplo | 2025-08-06 19:12:40 UTC | That I would touch your body.your breasts. for example |

11.     Still on August 6, MARTINEZ told the UC that he wanted to see her in a bathing

suit, and then said "I know love you are very innocent and I like that."

12.     On August 7, 2025[3], MARTINEZ said "I was left wanting to see you in a swimsuit

or without anything hahaha."  Later, MARTINEZ said "How I wish you were here close so I could

see you and kiss you."  The UC responded "and what else," and MARTINEZ said "and caress

---

[2] The chats are logged in Universal Time Coordinated (or "UTC"), also known as Greenwich Mean Time, which during daylight savings, is four hours ahead of EDT.  Therefore, some of the chats are logged as occurring on the date after they actually occurred, because of the time difference.

[3] For the beginning of the conversation, the UC was physically located in Okaloosa County, in the Northern District of Florida.  The UC arrived back into the Southern District of Florida on August 7, 2025, at around 9:00 p.m. EDT. For the messages described in paragraph 12 onward, the UC was located in the Southern District of Florida.

your beautiful body…Would you let me do it… kiss your breasts…and that you caress me… love

have you seen a penis before." The following conversation then ensued:

| Sender | Message | Date/Time | Translation |
|---|---|---|---|
| jmartinezpuen25 | Quieres verla | 2025-08-08 02:53:14 UTC | do you want to see it |
| UC | Solo si tu quieres | 2025-08-08 02:53:38 UTC | only if you want to |
| jmartinezpuen25 | Si tu quieres si | 2025-08-08 02:53:49 UTC | if you want to yes |
| UC | Okay | 2025-08-08 02:53:56 UTC | Okay |
| jmartinezpuen25 | Ok | 2025-08-08 02:54:21 UTC | Ok |
| UC | [smiling heart face emoji] | 2025-08-08 02:54:34 UTC | [smiling heart face emoji] |
| jmartinezpuen25 | | 2025-08-08 02:55:09 UTC | [erect penis photo] |
| jmartinezpuen25 | Te llego | 2025-08-08 02:55:47 UTC | Did you get it |
| UC | Siiiiiii | 2025-08-08 02:56:01 UTC | Yesss |
| jmartinezpuen25 | Te gusto | 2025-08-08 02:56:13 UTC | Did you like it |
| jmartinezpuen25 | | 2025-08-08 02:56:25 UTC | [erect penis photo 2] |

13.     During the above conversation, MARTINEZ sent two images of an exposed penis. Shortly after this conversation, the UC said "you didn't even ask me what my name is." MARTINEZ then told the UC that his name is Juan Antonio. Still on August 7, the following conversation took place:

| Sender | Message | Date/Time | Translation |
|---|---|---|---|
| jmartinezpuen25 | Quisiera hacerte el amor | 2025-08-08 03:05:18 UTC | I would like to make love to you |
| jmartinezpuen25 | Y ser el primero en besar y tocar cada rincon de ti | 2025-08-08 03:05:47 UTC | and be the first to kiss and touch every corner of you |
| jmartinezpuen25 | Y ser el primero en verte sin nada | 2025-08-08 03:07:00 UTC | and be the first to see you without anything |
| UC | En serio quieres eso | 2025-08-08 03:09:25 UTC | do you really want that? |
| jmartinezpuen25 | Si amor | 2025-08-08 03:09:32 UTC | Yes love |
| jmartinezpuen25 | Sabes que significa coger | 2025-08-08 03:10:09 UTC | do you know what it means to fuck |

4

| Sender | Message | Date/Time | Translation |
|---|---|---|---|
| UC | [smiling heart face emoji] | 2025-08-08 03:10:11 UTC | |
| UC | Pues si jaja | 2025-08-08 03:10:16 UTC | well yes haha |
| UC | Pero a ver dime | 2025-08-08 03:10:25 UTC | but let's see tell me |
| UC | A ver si es lo que pienso | 2025-08-08 03:10:31 UTC | let's see if it's what I think |
| jmartinezpuen25 | Pues meter mi verga en en tu panochita | 2025-08-08 03:10:46 UTC | well to put my cock in your little pussy |
| UC | [wow face emoji] | 2025-08-08 03:10:56 UTC | [wow face emoji] |
| jmartinezpuen25 | Si sabes que es panochita | 2025-08-08 03:11:23 UTC | you do know what little pussy is |
| UC | Que es | 2025-08-08 03:12:06 UTC | what is it |
| UC | [covering mouth face emoji] | 2025-08-08 03:12:18 UTC | [covering mouth face emoji] |
| jmartinezpuen25 | Tu aparato reproductor | 2025-08-08 03:12:28 UTC | your reproductive device |

14.     On August 8, 2025, the UC asked MARTINEZ if he was mad at her, saying "I thought it was because I'm only 13 years old;" MARTINEZ responded "no love I like that…yes I love you so innocent…the bad thing is I'm going to pervert you."  The following conversation then took place:

| Sender | Message | Date/Time | Translation |
|---|---|---|---|
| jmartinezpuen25 | Amor que te gustaria enseñarme | 2025-08-08 18:36:10 UTC | love what would you like to show me |
| UC | Pues no se jaja | 2025-08-08 18:36:54 UTC | well I don't know haha |
| jmartinezpuen25 | Que te gustaria que te viera | 2025-08-08 18:37:14 UTC | what would you like me to see |
| UC | Tu dime jaja | 2025-08-08 18:37:29 UTC | you tell me haha |
| jmartinezpuen25 | Te gusto lo que te mande anoche | 2025-08-08 18:37:44 UTC | did you like what I sent you last night |
| jmartinezpuen25 | Hay tres cosas que quisiera ver 1 tus pechos | 2025-08-08 18:38:46 UTC | there are three things I would like to see 1 your breasts[4] |
| jmartinezpuen25 | 2 tu psnochita | 2025-08-08 18:39:02 UTC | 2 your little pussy[5] |

[4] MARTINEZ used several well-known, vulgar, Spanish slang terms, such as "pechos," "panochita," and "colita." Based on her knowledge of the Spanish language and the context of the conversation, the UC was able to make these translations.
[5] "Pussy" is the English translation for "panochita." MARTINEZ typed "psnochita," but from the context of the conversation, this was a typo and was intended to be "panochita."

| jmartinezpuen25 | 3 tu colita | 2025-08-08 18:39:09 UTC | 3 your little butt |
|---|---|---|---|
| UC | [wow face emoji] | 2025-08-08 18:39:27 UTC | [wow face emoji] |
| jmartinezpuen25 | Te atreves | 2025-08-08 18:39:50 UTC | do you dare |
| jmartinezpuen25 | Me imagino que los tendras muy buenos todos | 2025-08-08 18:40:52 UTC | I imagine you have them all very good |
| UC | Jaja ya me dio pena | 2025-08-08 18:41:41 UTC | haha I feel shy now |
| jmartinezpuen25 | Jajaja que seria lo que te diera menos pena | 2025-08-08 18:42:12 UTC | hahaha what would be that would make you the least shy |
| UC | Pues no se jaja | 2025-08-08 18:42:35 UTC | well I don't know haha |
| jmartinezpuen25 | Tus pechos | 2025-08-08 18:42:44 UTC | your breasts |
| jmartinezpuen25 | Tomate un video y me los enseñas | 2025-08-08 18:43:20 UTC | take a video and you can show them to me |

15. In response to a subpoena, SMA provided the following information for username jmartinezpuen25: email address martinezpuentejuanantonio@gmail.com, a display name of "Jamp," and an associated phone number of (334) 406-2784.

16. Investigators searched open-source online platforms and located a Facebook account with the user "Juan Antonio Martinez Puente," which displayed a profile image closely resembling a photograph sent by MARTINEZ during the SMA conversations with the UC:



6

17.     On October 10, 2025, investigators obtained a State of Florida search warrant for MARTINEZ' Facebook account.  On October 13, 2025, Facebook responded to that search warrant.  For this account, Facebook provided a name of Juan Antonio Martinez Puente, age 50, email martinezpuentejuanantonio@gmail.com, phone numbers 334-406-2784 (see above) and 334-389-3542, profile URL https://www.facebook.com/juanantonio.martinezpuente.18, and vanity juanantonio.martinezpuente.18.  Facebook also provided credit card information to include the payment credential ID "Juan Martinez" and an associated address of 8302 Rain Dance, San Antonio, Texas 78242.

18.     Agents reviewed images sent by MARTINEZ, several of which appeared to have been taken in San Antonio, which is in the Western District of Texas. This location is consistent with information MARTINEZ provided to the UC, claiming to be in San Antonio.  A review of IP address data provided by SMA revealed that the subject's communications originated from Texas.

19.     The United States Department of State, Bureau of Consular Affairs, confirmed that MARTINEZ is a Mexican national, who previously held a B1/B2 visa.  B1/B2 visas are visitor visas that allow foreign nationals to travel to the U.S. temporarily for business, tourism, or both. MARTINEZ' visa was issued on February 19, 2015, and expired on February 18, 2025, meaning that if MARTINEZ is in the U.S., he is illegally present. Consular Affairs also provided a copy of MARTINEZ' Mexican passport (ID# G16008738), the photo on which closely resembles the photographs sent to the UC during the SMA chats.  The passport also shows that MARTINEZ is 50 years old and from Coahuila, as stated to the UC.

7



20. On October 10, 2025, the UC conducted a video call with MARTINEZ on SMA. During the call, both the UC and I observed a male appearing to be MARTINEZ, as he closely resembled the photographs sent during the SMA chats, the images associated with MARTINEZ' Facebook account, and his passport photo.



21. Below are photographs of MARTINEZ collected during this investigation:

   

| Screenshot from video chat with UC | Image sent to UC | Image from Facebook account | Mexican Passport (expired 2017) |
|---|---|---|---|

8

22.     Law enforcement records show that MARTINEZ has two vehicles registered to his name: a Grey 2007 Buick (Texas plate RYT7680), and a Black 2012 Ford (Texas plate LRK1204). Both vehicles are currently registered to 8302 Rain Dance, San Antonio, Texas 78242, which is the same address associated with the aforementioned Facebook account.

23.     Based on the above facts, there is probable cause that Juan Antonio MARTINEZ Puente committed the offenses of attempted enticement of a minor, in violation of 18 U.S.C. § 2422(b), and attempted transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470.

FURTHER AFFIANT SAYETH NAUGHT.

_____
**ERIC URGO**, Special Agent
Homeland Security Investigations

Sworn to before me, by video conference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this __21st__ day of __November__, 2025.

_____
**SHANIEK MILLS MAYNARD**
UNITED STATES MAGISTRATE JUDGE

9