**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CR-14003-MIDDLEBROOKS/MAYNARD

**18 U.S.C. § 2422(b)**
**18 U.S.C. § 1470**



FILED BY _____ UMB _____ D.C.

JAN 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

vs.

JUAN ANTONIO MARTINEZ-PUENTE,

Defendant.

_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Attempted Enticement of a Minor**
**(18 U.S.C. § 2422(b))**

Beginning on or about August 6, 2025, and continuing through on or about August 8, 2025, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**JUAN ANTONIO MARTINEZ-PUENTE,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Attempted Transfer of Obscene Material to a Minor
### (18 U.S.C. § 1470)

On or about August 7, 2025, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**JUAN ANTONIO MARTINEZ-PUENTE,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of sixteen years, knowing that such other individual had not attained the age of sixteen years, in violation of Title 18, United States Code, Section 1470.

### FORFEITURE

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JUAN ANTONIO MARTINEZ-PUENTE,** has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a)(2), and any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, pursuant to Title 18, United States Code, Section 2428(a)(1).

2

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a), and the

procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28,

United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: ___26-CR-14003-MIDDLEBROOKS/MAYNARD___

v.

JUAN ANTONIO MARTINEZ-PUENTE

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☑ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes___
   List language and/or dialect: Spanish_____

4. This case will take ___5___ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes___
   If yes, Judge Shaniek Mills Maynard___ Magistrate Case No. 25-MJ-00110-SMM___
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of December 10, 2025___
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No___
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No___

By: _____
JUSTIN L. HOOVER
Assistant United States Attorney
SDFL Court ID No.  A5502493

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: JUAN ANTONIO MARTINEZ-PUENTE

**Case No**:   26-CR-14003-MIDDLEBROOKS/MAYNARD

Count #: 1

Attempted Enticement of a Minor, 18 U.S.C. § 2422(b)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years up to Life
* **Max. Fine:**  $250,000 / $5,000 and $100 Special Assessments

Count #: 2

Attempted Transfer of Obscene Material to a Minor, 18 U.S.C. § 1470

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000 / $100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**